12-05868 / 11-12573  
1400 Centre Cir. LLC

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 24 | Pending | 1400 Centre Circle, LLC (11-12573) | $500.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 218 | Disallowed | 1400 Centre Circle, LLC (11-12573) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 218 | Disallowed | 1400 Centre Circle, LLC (11-12573) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 218 | Disallowed | 1400 Centre Circle, LLC (11-12573) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 377 | Pending | 1400 Centre Circle, LLC (12-05868) | $unknown | | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 401 | Withdrawn | 1400 Centre Circle, LLC (12-05868) | $2,417,803.67 plus attorneys' | Money Loaned (See Exhibit A) | 3/9/2012 | Unsecured | c/o Eugene Stuart Kraus Esq., Scott & Kraus LLC (Inland Bank & Trust) 150 S. Wacker Dr., Ste. 2900, Chicago, IL 60606-4206 |
| 401 | Withdrawn | 1400 Centre Circle, LLC (12-05868) | $2,417,803.67 | Money Loaned (See Exhibit A) | 3/9/2012 | Secured | c/o Eugene Stuart Kraus Esq., Scott & Kraus LLC (Inland Bank & Trust) 150 S. Wacker Dr., Ste. 2900, Chicago, IL 60606-4206 |
| 416 | Pending | 1400 Centre Circle, LLC (12-05868) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp. as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 416 | Pending | 1400 Centre Circle, LLC (12-05868) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp. as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 432 | Withdrawn | 1400 Centre Circle, LLC (12-05868) | $1,985.00 | Tax preparation | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 510 | Withdrawn | 1400 Centre Circle, LLC (12-05868) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC24-1 | Settled | 1400 Centre Circle, LLC (11-12573) | $0.00 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |